# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00681-CR

**Jonathan Moore, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 65587, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant pled guilty to possession of a controlled substance and was placed on deferred adjudication. About six months later, the State filed a motion to adjudicate, alleging several violations of the conditions of his community supervision. Appellant then signed a document waiving his right to appeal as part of a plea-bargain arrangement. The trial court adjudicated appellant's guilt and sentenced him to five years' imprisonment, pursuant to the terms of the plea agreement. The court also signed a certificate reciting that the case is a plea bargain case and that appellant has no right to appeal. *See* Tex. R. App. P. 25.2(a)(2). We therefore dismiss the appeal. Tex. R. App. P. 25.2(d) (if trial court does not certify that defendant has right to appeal, "appeal must be dismissed").

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed

Filed: December 21, 2011

Do Not Publish